```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -

SADIN TINEO,

              Defendant.

16-cr-262 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received the attached letter from the defendant, Sadin Tineo, dated September 5, 2022, inquiring about the status of his application for a reduction in his sentence.

By Order dated August 3, 2022, the Court directed the government to respond to the defendant's request by August 26, 2022. The time for the government to respond to the defendant's request is extended to **September 29, 2022**. The government should also explain why it ignored this Court's Order dated August 3, 2022. The time for the defendant to reply is **October 14, 2022**.

The Clerk is directed to send a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           September 14, 2022

                                  John G. Koeltl
                           United States District Judge

Sadin Tineo
Reg. No. 50451-066
FCI Otisville
Po Box 1000
Otisville, NY 10963

September 5, 2022

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

RE: Cause No.: 1:16-CR-00262-001

Your Honor:

On July 29, 2022, I filed a motion pursuant to 18 U.S.C. §3582(c)(1)(A) seeking a reduction in my sentence. (Dkt #160). On August 3, 2022 you ordered the government to respond to the motion within 18 days of the order, and the following day, August 4, 2022, you instructed the clerk to notify me of your order and the pertinent dates. (DKT# 161).

As of the date of this letter, I have not received a notification of your order from the clerk and according to my docket sheet the government failed to file a response within the required 18 days you ordered. I am writing to inquire if I may perceive this failure to file a response to my motion as a lack of opposition to the motion? Additionally, I would like to know if there are any other requirements I need to fulfill before you rule on my motion since I am unable to respond to the government's filing?

Thank you for your time and consideration in this and all future matters.

Sincerely,

Sadin Tineo