UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SADIN TINEO, ET AL.,

        Defendants.

16-cr-262 (JGK)

ORDER

The defendant Sadin Tineo's application for an extension of time to file a reply in support of his motion for compassionate release is granted. The defendant Tineo should file his reply by **November 4, 2022.**

SO ORDERED.

Dated:    New York, New York
            October 19, 2022

                                              John G. Koeltl
                                     United States District Judge